# EXHIBIT CC

Case
Registered Mail Number: 202140217

125

P.15

From: LARRY PRESTON
Near: 5709 langley street
houston republic texas
harris county united states of America
Non-Domestic
Rural free delivery
Zip-code exempt DMM 602 (1.3e)

Circa **6** Day in **April** 20**22** in the year of our lord.

TEXAS
HARRIS COUNTY
THE UNITED STATES OF AMERICA

| | |
|---|---|
| .preston, :larry: ex rel. LARRY PRESTON a/k/a Larry Preston (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)<br>Status living<br>Sui juris jus sanguine<br>Counter-Claimant<br><br>vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-RP2, PHH MORTGAGE CORPORATION<br><br>fiduciary conservators and assignees and trustees and servicers and money transmitting businesses not "original" creditors, imposters<br><br>Complainants | Security investment Account [LOAN] #7092385686<br><br>COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTION<br><br>DECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTION<br><br>ORDER<br><br>**FILED**<br>Marilyn Burgess<br>District Clerk<br><br>APR 0 6 2022<br>Time: 3:18 pm<br>Harris County, Texas<br>By_____<br>Deputy Iris Collins |

Greetings all and the court

I am the true living being and natural person .preston, :larry: ex relation LARRY PRESTON (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) pursuant to 31 CFR § 306.11(a)(1)

Counter-Claim to request for admissions and interrogatories and production
COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

It is the DEFENDANT party job and task to prove that my record is invalid and to provide evidence that without a shadow of a doubt attest to such, it is not my job nor task and I shall not provide a single record for them to examine when they are party with all the financial records and documentation necessary because it was/is their job to keep record of such and so their continued failure to provide the certified ledger or account log presenting where the funds originated for the loan account is proof enough that they refuse to present such because it will prove they are not the original creditors, instead they will bring copies of statements of accrued interest due to the name titled on the account which so happens to be Larry Preston and therefore at best their plights lead to aggravated identity theft pursuant to 18 U.S. Code § 1028A - Aggravated identity theft

In addition because I know without a shadow of a doubt that I am not the fiduciary that was entrusted to process and service the negotiable instrument that begot the loan account, I know I am not supposed to be the one to produce such records and therefore to ask such of me is a form of intentional entrapment knowing full well that only the DEFENDANT party and its members would have access and ability to provide such and because the DEFENDANT party and its members are supposed to have said financial records they are supposed to furnish such upon request and upon failure they are to dismiss their complaints, not bring the matter to a public business and to a third party with no interest so they can cheat me out of my property and my property interest, for I refuse to abandon my security and my security interest

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 2

The DEFENDANTS have committed crimes pursuant to 18 U.S. Code § 1341 - Frauds and swindles and 18 U.S. Code § 1348 - Securities and commodities fraud in regards to the uncertified copies of financial information pursuant to 18 U.S. Code § 1350 - Failure of corporate officers to certify financial reports and statements generally pursuant to 18 U.S. Code § 1001 - Statements or entries generally as contrivances have been delivered to my private house asking several questions about the lien I have filed and executed but have failed to respond yet demand I respond, they are already in default which is why I filed the lien, I took a very common sense approach to handling this matter and therefore I am confused as to why the DEFENDANTS think a bunch of degrees and certifications and questions can over turn the plain fact that they are in default and I filed a lien against them with an amount and an order and what to do as relief to remedy and so as it stands the DEFENDANTS hired some private men to act on their behalf to perform due process to feign a lawful and valid due process proceeding however I shalt allow it and all parties involved are put on notice that I will file IRS form 14039 against each of you all in relation to the personal property and real property separately

it has come to my attention that a public business has taken it upon itself to make itself a party to the security interest held in my account 7092385686, and it has come to my attention that it is aware that the DEFENDANT party so complaining has entered proof of receipt of several questions and claims that have been ignored and even a notice of default judgement and default judgment as well as notice of lien and then yes the subsequent lien,

I will be clear, unless DEFENDANT party can present actual facts with actual real certified records, everything they present is moot at best and only a means to avoid answering my questions they already are in default and yes we all are aware the DEFENDANTS are well

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 3

1  beyond default having failed to respond on several occasions resulting in a default judgement
2  and lien,

3

4  without a shadow of a doubt I am the true living being preston, larry ex rel. LARRY
5  PRESTON that is the original applicant pursuant to 15 U.S. Code § 1691a(b) and 15 U.S. Code
6  § 1602(g) and 15 U.S. Code § 1691a(e) whom executed a lien and filed it on the federal county
7  record presenting all evidence and claims and the like that have gone wholly ignored
8

9

10  without a shadow of a doubt the DEFENDANTS have presented for all and the court to
11  clearly see that they have been in receipt of every record and have not answered a single
12  question yet wish to attempt to have my lien claim removed through a bogus sham courtroom
13  proceeding, sending bogus paperwork with the means to attempt to execute a lawful due
14  process appearance knowing full well there is without a shadow of a doubt not any way for them
15  the DEFEDANTS to ever prove that they the DEENDANT are the original the creditors as
16  opposed to assignee creditors under Larry Preston (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) pursuant to 15 U.S. Code §
17  1691a(b) and 15 U.S. Code § 1602(g) and 15 U.S. Code § 1691a(e)
18

19

20  in order to prove it unequivocally for all and the court to accept unequivocally,
21  DEFENDANT party must present a valid certified copy of the ledger and or accounting records
22  presenting the exact time and date and account all the credits have been originally issued,
23  failure to do so is a direct violation of 18 U.S. Code 1850 and because the entire case is
24  centered around this record that only you the DEFENDANT party are able to produce, a lack of
25  ability or a lack to the produce thereof is an admission of guilt with no further need to continue
26  any further public court matters involving my private affairs
27

28  COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND
PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND
MOTIONORDER - 4

without a shadow of a doubt I know the DEFENDANT party without regard to whichever legal institution or business they may so employ cannot produce a single lawful valid certified record presenting to all and the court that the credits and or finances used to purchase my private property had originally come from any one of them

without a shadow of a doubt the DEFENDANTS are most definitely attempting racketeering for I know

without a shadow of a doubt I am preston, larry ex rel LARRY PRESTON acting as consumer and consumers are natural persons pursuant to 16 CFR § 433.1

without a shadow of a doubt I am preston, larry ex rel LARRY PRESTON acting as obligor and the obligor is the applicant pursuant to 15 U.S. Code § 1691a(b)

without a shadow of a doubt I am preston, larry ex rel. LARRY PRESTON the obligor and the original creditor pursuant to 15 U.S. Code § 1602(g) and 15 U.S. Code § 1691a(e) for the consumer and the account for the consumer

without a shadow of a doubt Pursuant to 15 U.S. Code § 1691a(e) clause3 and U.C.C. § 1-201 (13) the creditors of the original creditor are assignees of the original creditor for the benefit of the original creditor of the account for the benefit of the consumer

without a shadow of a doubt according to the prior statement, all of the defendants are assignees for my benefit, this is the law.

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 5

1. without a shadow of a doubt the account in controversy is my right to payment of the monetary obligation for the property sold or leased or licensed or assigned or otherwise disposed of for services rendered or services to be rendered pursuant to U.C.C. § 9-102

2. without a shadow of a doubt the creditors as assignees are consumer reporting agencies pursuant to 15 U.S. Code § 1681a(f)

3. without a shadow of a doubt the assignee as a consumer reporting agency is acting as and is a debt collector as pursuant to 15 U.S. Code § 1692a(6)

4. without a shadow of a doubt the assignees are servicer holders for the original creditor servicing the loan held in the account as security interest of the consumer and obligor pursuant to 12 U.S. Code § 2605(i)(2) and 12 U.S. Code § 2605(i)(3)

5. without a shadow of a doubt the assignees as creditors and servicers and holders of the security interest in the account entitled to the consumer are money transmitting business(es) pursuant to 31 U.S. Code § 5330(d)(1)

6. without a shadow of a doubt the security interests that are the credit balances in excess of $1 held in each reported account is entitled to the consumer as security interest held for the benefit of the obligor as pursuant to 15 U.S. Code § 1666d

7. without a shadow of a doubt the DEFENDANTS violated the Fair Credit Billing Act and Fair Debt Collection Practices Act and the Fair Credit Reporting Act and the Fourth and Fifth Amendments of the Bill of rights of the Constitution for the United States of America which has been expressed already and I shall not repeat myself just because the DEFENDANTS request it, their request are all totally refused until

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 6

they can answer my questions otherwise their lack of rebuttal serves as injunction without need to further press the matter.

without a shadow of a doubt this entire public business meeting is only a ruse to feign due process in order to commit land theft and property theft and grand theft having totally failed to respond to anything other than evidence of refusal to accept payment as a means to stop the DEFENDANT party's harassment for additional funds when I know without a shadow of a doubt the account is settled and I am owed the balance held in the account for my consumption to help upkeep my real property that I have yet to have access to and my real property is always in need of repairs therefore deeming the DEFENDANT party as irresponsible custodians and servicers of money and instruments being mis-appropriators at best

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America under the penalty of perjury that the foregoing is true and correct. April _____6_____ 2022

Affirmed, with prejudice, and with all rights reserved,

_____
.preston, :larry: ex. rel. LARRY PRESTON
Sui juris jus sanguine
Counter-Claimant

Certificate of Service

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America under the penalty of perjury that the foregoing is true and correct. April _____6_____ 2022

Affirmed, with prejudice, and with all rights reserved,

_____
.preston, :larry: ex. rel. LARRY PRESTON
Sui juris jus sanguine
Counter-Claimant

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 7

**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

    As a Notary Public for said County and State, I do hereby certify that on this __6__ day of April 2022, that .preston, :larry: ex. rel. LARRY PRESTON, the above-mentioned, specially visited before me executing and authorized the foregoing. Witness my hand and seal:

_____

NOTARY PUBLIC

My Commission Expires: __5 · 18 · 25__

Notary Signature: _Jacqueline R. Shel___

> Jacqueline R Shelvin
> My Commission Expires
> 05/18/2025
> ID No. 125303376

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 8

Declaration of Civil Violations and Criminal Damage Claims and Motion:

Declare civil violation and criminal damage claims against each member of the DEFENDANT party being an assignee and creditor, being a servicer of the original creditor, operating as a money transmitting business, acting as consumer reporting agency and debt collector and motion compensatory damage remedy pursuant to the following violations and charges:

U.S. Code Title 18. CRIMES AND CRIMINAL PROCEDURE Part I. CRIMES

    Charge

| | |
|---|---|
| § 242. Deprivation of rights under color of law | $2000 |
| § 245. Federally protected activities | $2000 |
| § 246. Deprivation of relief benefits | $10000 |
| § 641 - Public money, property or records | $10000 |
| § 642. Tools and materials for counterfeiting purposes | $10000 |
| § 643. Accounting generally for public money | $10000 |
| § 644. Banker receiving unauthorized deposit of public money | $10000 |
| § 648. Custodians, generally, misusing public funds | $10000 |
| § 649. Custodians failing to deposit moneys; persons affected | $10000 |
| § 650. Depositaries failing to safeguard deposits | $10000 |
| § 651. Disbursing officer falsely certifying full payment | $10000 |
| § 652. Disbursing officer paying lesser in lieu of lawful amount | $10000 |
| § 653. Disbursing officer misusing public funds | $10000 |

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 9

| | |
|---|---|
| § 654. Officer or employee of United States converting property of another | |
| $10000 | |
| § 654. Officer or employee of United States converting property of another | |
| $10000 | |
| § 656. Theft, embezzlement, or misapplication by bank officer or employee | |
| $10000 | |
| § 657. Lending, credit and insurance institutions | $10000 |
| § 661. Within special maritime and territorial jurisdiction | $10000 |
| § 662. Receiving stolen property within special maritime and territorial jurisdiction | $10000 |
| § 666. Theft or bribery concerning programs receiving Federal funds | $10000 |
| § 1344. Bank fraud | |
| $1000000 | |
| § 1348. Securities and commodities fraud | |
| $1000000 | |
| § 1349. Attempt and conspiracy | |
| $1000000 | |
| § 1962. Prohibited activities | |
| $1000000 | |

| U.S. Code Title 15. COMMERCE AND TRADE | Charge |
|---|---|
| § 77e. Prohibitions relating to interstate commerce and the mails | $10000 |
| § 77fff - Securities not registered under Securities Act | $10000 |
| § 77k - Civil liabilities on account of false registration statement | $10000 |
| § 77o.Liability of controlling persons | $10000 |
| § 77q - Fraudulent interstate transactions | $10000 |

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 10

| # | Section | Amount |
|---|---|---|
| 1 | § 77w. Unlawful representations | $10000 |
| 2 | § 77z–2a - Conflicts of interest relating to certain securitizations | $10000 |
| 3 | § 77l - Civil liabilities arising in connection with prospectuses and communications | $10000 |
| 4 | § 77kkk - Preferential collection of claims against obligor | $10000 |
| 5 | § 77ooo - Duties and responsibility of the trustee | $10000 |
| 6 | § 78t. Liability of controlling persons and persons who aid and abet violations | $10000 |
| 7 | § 78o–8. Universal ratings symbols | $10000 |
| 8 | § 78o–9. Study and rulemaking on assigned credit ratings | $10000 |
| 9-10 | § 78o–10. Registration and regulation of security-based swap dealers and major security-based swap participants | $10000 |
| 11 | § 78o–11. Credit risk retention | $10000 |
| 12 | § 78t–1. Liability to contemporaneous traders for insider trading | $10000 |
| 13 | § 78r. Liability for misleading statements | $10000 |
| 14 | § 1681b. Permissible purposes of consumer reports | $1000 |
| 15 | § 1681n. Civil liability for willful noncompliance | $1000 |
| 16 | § 1681o. Civil liability for negligent noncompliance | $1000 |
| 18 | Total Charge: | $ 4356000 |
| 19 | Total Fee: | $4356000 |

Originally I had the charge at three hundred thousand being forgiving however since I have chosen to more thoroughly express the amount of charges and violations with added violations and charges to wit, remember none of the DEFENDANT party members can produce a single record proving any funds originated from them and therefore all charges are automatically weighing against each DEFENDANT party member for none can produce the record and none have, copies are inadmissible evidence for they lack certification attesting being real and a "real true copy" is not a certified copy of the finalized and executed negotiable instrument after all processing had been complete

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 11

under the penalty of perjury that the foregoing is true and correct. April __6__ 2022

Affirmed, with prejudice, and with all rights reserved,

_[signature]_

.preston, :larry: ex. rel. LARRY PRESTON

Sui juris jus sanguine

Counter-Claimant

Certificate of Service

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America under the penalty of perjury that the foregoing is true and correct. April __6__ 2022

Affirmed, with prejudice, and with all rights reserved,

_[signature]_

.preston, :larry: ex. rel. LARRY PRESTON
Sui juris jus sanguine
Counter-Claimant

**NOTICE**
Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

As a Notary Public for said County and State, I do hereby certify that on this __6__ day of April 2022, that .preston, :larry: ex. rel. LARRY PRESTON, the above-mentioned, specially visited before me executing and authorized the foregoing. Witness my hand and seal:

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 12

[Notary stamp: Jacqueline R Shelvin, My Commission Expires 05/18/2025, ID No. 125300376]

NOTARY PUBLIC

My Commission Expires: 5·18·2025

Notary Signature: Jacqueline R. Shel[...]

## Order

I. DEFENDANT party and members are hereby ordered to pay fines for all charges for civil liabilities and criminal damages amounting to $4356000 and shall make payment as compensation for fines and damages and penalties tendered as United States dollars

II. This Order and the foregoing documentation shall be added to the current lien deeming all current person liable for the payment as compensation and remedy

III. DEFENDANT party may deliberate amongst themselves on how they wish to divide the total payment and then furnish such to plaintiff for tax filing execution, else plaintiff will execute at his own will or

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 13

IV.     DEFENDANT party may deliver payments in increments of $95000 US Dollars every thirty calendar days to the following address beginning the thirtieth day upon day of receipt until invoice fully satisfied:

LARRY PRESTON

near 13222 along elaine street

houston republic texas [77047]

harris county united states of America

rural free delivery

V.     Stand Down any and all further trespass against the private estate and compensate the estate all security interest for using the private estate information in the public for profit

VI.     Injunction order against any and all use of personal in violation of or not in compliance with the standards so set forth therein 18 U.S. Code § 2386 - Registration of certain organizations

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America under the penalty of perjury that the foregoing is true and correct. April ___6___ 2022

Affirmed, with prejudice, and with all rights reserved,

*[signature]*

.preston, :larry: ex. rel. LARRY PRESTON

13222 Elaine Rd
Hou Tx 77047

Sui juris jus sanguine
Counter-Claimant

Certificate of Service

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 14

I .preston, :larry: ex rel. LARRY PRESTON declare by the Laws of the United States of America under the penalty of perjury that the foregoing is true and correct. April _____6_____ 2022

Affirmed, with prejudice, and with all rights reserved,

_____[signature]_____

.preston, :larry: ex. rel. LARRY PRESTON
Sui juris jus sanguine
Counter-Claimant

**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

As a Notary Public for said County and State, I do hereby certify that on this _____ day of April 2022, that .preston, :larry: ex. rel. LARRY PRESTON, the above-mentioned, specially visited before me executing and authorized the foregoing. Witness my hand and seal:

_____

NOTARY PUBLIC

My Commission Expires: 5·18·2025

Notary Signature: Jacqueline R. Shelvin

[Notary Seal: Jacqueline R Shelvin, My Commission Expires 05/18/2025, ID No. 125303376]

COUNTER-CLAIM TO REQUEST FOR ADMISSIONS AND INTERROGATORIES AND PRODUCTIONDECLARATION OF CIVIL VIOLATIONS AND CRIMINAL DAMAGE CLAIMS AND MOTIONORDER - 15